UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-07-190 |
| | § | |
| GARY ANTHONY RICKETTS | § | |

**ORDER DENYING DEFENDANT'S MOTION TO
REDUCE TERM OF SUPERVISED RELEASE**

On October 8, 2010, the Court received Gary Anthony Ricketts' letter request for early termination of his supervised release. Ricketts was convicted of possession with intent to distribute over 348 kilograms of marijuana in 2007 pursuant to his guilty plea. The mandatory minimum sentence for his participation was 60 months imprisonment and 4 years supervised release, except that he qualified for a safety valve downward adjustment. As a result, this Court sentenced Ricketts to a low end guideline sentence of 31 months with 36 months supervised release.

This Court has discretion to consider Ricketts request for early termination, after Ricketts has served at least a year of supervised release and after considering the factors set out in section 3553(a)(1), (a)(2)(B), (a)(2)©, (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7). 18 U.S.C. § 3583(e). Even if Ricketts has been a model citizen while on supervised release as he asserts, a fact that the probation department may consider and adjust his conditions accordingly, after considering the

factors, particularly section 3553(a)(2)(A) and (a)(6), and in the interests of justice, the Court denies Ricketts' motion for early termination of his supervised release.

SIGNED and ORDERED this 14th day of October, 2010.

_____
Janis Graham Jack
United States District Judge